USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/30/26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RBSF INTERMEDIATE HOLDINGS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>EXECUTIVE DECISIONS GROUP, INC., an Arizona corporation and ROBERT R. STIDHAM, JR., an individual,<br><br>Defendant. | Case No. 1:25-cv-10578 |

## CORRECTED JUDGMENT AND ORDER GRANTING PLAINTIFF'S RENEWED[1] MOTION FOR DEFAULT PARTIAL FINAL JUDGMENT

This matter is before the Court on Plaintiff RBSF Intermediate Holdings, Inc. ("Plaintiff") *Renewed Motion for Default Partial Final Judgment*. Upon review of the Renewed Motion, Memorandum of Law and the court file, pursuant to Fed. R. Civ. P. 55, the Court makes the following findings of fact and conclusions of law:

1. The Court has subject matter jurisdiction over this matter under 28 U.S.C. § 1332(a)(1) because this is an action between citizens of different states and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

2. The Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. §§ 2201 *et seq.* because there is an actual case or controversy between the parties, as evidence by the facts and circumstances described herein.

[1] The Motion is renewed in compliance with the Court's orders and procedures outlined in its May 26, 2026, order [DE 16] ("Order").

3. The Court has personal jurisdiction over the Defendants because each of them contractually agreed to submit to the jurisdiction of the state and federal courts in New York under the Transaction Documents.

4. Venue is proper in this Court based upon the plain language of the Transaction Documents pursuant to 28 U.S.C. § 1391(b)(3).

5. The Complaint pleads sufficient facts and states claims against Defendants for (i) Breach of Contract (Membership Interest Purchase Agreement ("MIPA")); (ii) Breach of Contract (Promissory Note ("Note")); and (iii) Foreclosure of Security Interest.

6. The Court further specifically finds that Plaintiff has sufficiently alleged that Defendant Executive Decisions Group, Inc. ("Executive") is an alter ego of Defendant Robert R. Stidham, Jr. ("Stidham") and that both Defendants should thus be jointly and severally liable for all three causes of action in the Complaint.

7. Plaintiff has sufficiently established its liquidated damages (including ongoing interest), its security interest, and its attorneys' fees and costs.

Based upon the foregoing, the Court **ORDERS** that:

1. The *Renewed Motion for Default Partial Final Judgment* is **GRANTED**.

2. Under Fed. R. Civ. P. 55(b)(2), default judgment is hereby entered against each of the Defendants for each and all of the Counts alleged in the Complaint: (i) Breach of Contract (MIPA); (ii) Breach of Contract (Note); and (iii) Foreclosure of Security Interests.

3. Plaintiff is entitled to the following, jointly and severally from the Defendants:

a. Count I. Under the MIPA, Plaintiff is entitled to: (i) ten percent (10%) of any net profits from the sale of each Purchased Entity,[2] the value of which is to be determined; (ii) pre-judgment interest at the rate of ten percent (10%) per annum, from July 29, 2024, through the date of this Default Judgment, the value of which is to be determined; and (iii) post-judgment

[2] "Purchased Entity" is shares the same meaning as in the Complaint and as defined by the parties in the MIPA.

interest at the New York Statutory Rate of 9% per annum, accruing as of the date of this Default Judgment;

b. Count II. Under the Note, Plaintiff is entitled to liquidated damages as follows: (i) $300,000.00 for the outstanding principal; (ii) $98,975.34 in prejudgment default interest at the contractual rate of eighteen percent (18%) per annum from August 1, 2024, through June 1, 2026; (iii) additional prejudgment interest from June 2, 2026, through the date of this Default Judgment at the per diem rate of $147.95 per day; (iv) post-judgment interest at the New York statutory rate of 9% per annum, following the entry of this Default Judgment;

c. Count III. Foreclosure of Plaintiff's security interest in the property described in the Security Agreement and UCC-1; and

d. Attorneys' fees and costs in the amount of $20,705.50 in fees and $406.10 in costs, as detailed by Plaintiff's Counsel's Declaration.

New York, New York

Dated this _30th_ day of

__September_, 2026.

______________________________

Hon. Victor Marrero
United States District Judge