GreenbergTraurig

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/14/26

Ashley A. LeBlanc
Tel (212) 801-9200
Fax (212) 801-6400
leblanca@gtlaw.com

October 9, 2026

**VIA ELECTRONIC CASE FILING**

Honorable Victor Marrero
United States District Court
Daniel Patrick Moynihan
United States Courthouse
Southern District of New York
500 Pearl Street, Courtroom 15B
New York, NY 10007

Re: ***RBSF Intermediate Holdings, Inc. v. Exec. Decisions Grp., Inc.*,**
**Case No. 1:25-cv-10578 (VM)**
**Letter Motion for Order Directing the Clerk to Issue Clerk's Certification for Registration of Judgment in Another District for the Corrected Judgment**

Dear Judge Marrero:

We represent Plaintiff/Judgment Creditor RBSF Intermediate Holdings, Inc. ("Plaintiff") and respectfully write to request **an Order directing the Clerk of the Court to issue a Clerk's Certification for Registration of Judgment in Another District for the Corrected Judgment entered on September 30, 2026 (ECF No. 29)**, pursuant to 28 U.S.C. § 1963 and the Court's Electronic Case Filing Rule 16.7.

By way of background, on June 24, 2026, the Court issued a Judgment and Order Granting Plaintiff's Renewed Motion for Default Partial Final Judgment (ECF No. 24, the "Judgment"). The Judgment awarded Plaintiff a) ten percent (10%) of any net profits from the sale of each Purchased Entity (as defined in the Complaint), together with pre- and post-judgment interest; b) liquidated damages, together with pre- and post-judgment interest; c) foreclosure of Plaintiff's security interest (as defined in the Complaint) and UCC-1; and d) attorneys' fees and costs in the total amount of $21,111.16.

The Judgment, however, contained a clerical error in the spelling of Plaintiff's name. Plaintiff therefore moved under Federal Rule of Civil Procedure 60(a) to correct that error on September 14, 2026 (ECF No. 27). On September 30, 2026, the Court granted Plaintiff's motion and entered a Corrected Judgment (ECF No. 29), correcting the spelling of Plaintiff's name.

The time to appeal the Judgment expired on July 24, 2026. *See* 28 U.S.C. § 2107(a); Fed. R. App. P. 4(a)(1)(A). Plaintiff's subsequent Rule 60(a) motion to correct judgment did not restart the time to appeal because the Corrected Judgment did not alter the parties' substantive rights.

*See Hodge ex rel. Skiff v. Hodge*, 269 F. 3d 155, 158 (2d Cir. 2001) (holding that a Rule 60(a) motion "does not start anew the time for filing a notice of appeal"); *Cody, Inc. v. Town of Woodbury*, 179 F.3d 52, 55 (2d Cir. 1999) ("[W]hen a second judgment in a case does not differ from the first judgment in matters affecting the substantive rights of the parties, the time to appeal runs from the first judgment.") (alteration in original).

On or about October 8, 2026, Plaintiff applied for a Clerk's Certification for Registration of Judgment in Another District for the Corrected Judgment (the "Certification"). The Clerk declined to issue the Certification, without further order of the Court, on the grounds that the thirty-day period to appeal the Corrected Judgment had not yet expired. *See also* Docket Text entry dated 10/9/2026 stating that the proposed Certification is "Premature filed; time to appeal has not expired. Refile … after 30 days from the entry of judgment."

Under 28 U.S.C. § 1963, a district court judgment in an action for recovery of money or property may be registered by filing a certified copy of the judgment in another district *once the judgment has become final by* appeal or *the expiration of the time for appeal*. Here, because the time for appealing both the Judgment and the Corrected Judgment expired on July 24, 2026, the Corrected Judgment is ripe for registration in another district under section 1963.

Therefore, Plaintiff respectfully requests that the Court issue an Order directing the Clerk of the Court to promptly issue the requested Certification for Registration of Judgment in Another District as to the Corrected Judgment without any further delay or waiting period.

We thank the Court in advance for your understanding and consideration and are available should the Court have any questions.

Respectfully submitted,

*Ashley A. LeBlanc*

Ashley A. LeBlanc

*Counsel for Plaintiff/Judgment Creditor*
*RBSF Intermediate Holdings, Inc.*

Request **GRANTED.**

The Clerk of Court is hereby directed to issue a Clerk's Certification for Registration of Judgment in Another District in connection with the corrected judgment entered on September 30, 2026.

**SO ORDERED.**

10/14/26
DATE

VICTOR MARRERO, U.S.D.J.